**CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE: SEYBERT,J.   DATE:  9/ 8/2017      TIME: 12:00**

**DOCKET NUMBER: CR 17-80         TITLE: USA-V- WATSON**

**DEFT NAME: JACK VITAYANON                      DEFT: #2**
  **X  PRESENT    ___NOT PRESENT    ___IN CUSTODY   X   ON BAIL**

  **ATTY. FOR DEFT.: BRADLEY SIMON              C.J.A.**
       **X  PRESENT         NOT PRESENT    X  RET**

**A.U.S.A. CHARLES ROSE              DEPUTY CLERK: CHARLES BARAN**

**P.T.S.O. BRIAN MANGANARO**

**COURT REPORTER:    ___P. AUERBACH    ___E. COMBS      X  F. GUERINO**
**___P. LOMBARDI    ___M. STEIGER      ___D. TURSI         ___O. WICKER**

 **X**   CASE CALLED.  ALL COUNSEL PRESENT.

 **X**   CONFERENCE HELD.

 **X**   CASE ADJOURNED TO 10/27/2017 AT 11:30AM FOR STATUS OR PLEA.

 ___   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA
       OF GUILTY TO COUNT ___ OF THE (SUPERSEDING)
       INDICTMENT/INFORMATION.

 ___   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

 ___   SENTENCE DATE SET FOR   /  /2017 AT

 ___   PROBATION DEPT. NOTIFIED.

 ___   MOTION CONFERENCE HELD ON_____'S MOTION TO

 ___   ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                          ___ DECISION RESERVED.

 ___   DECISION ENTERED INTO THE RECORD.

 **X**   SPEEDY TRIAL INFORMATION:
       CODE TYPE:  X-          START DATE:  9/ 8/2017      XSTRT
                               STOP DATE:  10/27/2017      XSTOP

 ___   DEFT. CONTINUED IN CUSTODY.

 ___   BAIL SET AT _____.

 **X**   DEFT. CONTINUED ON BAIL.

 ___   JURY SELECTION & TRIAL SCHEDULED FOR_____

 ___   MOTIONS TO BE MADE BY_____

 ___   RESPONSE BY GOVERNMENT BY_____

____ **REPLY IF ANY BY**_____

**X** **OTHER:** **SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS,**
       **ETC.**