# CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE:** SEYBERT, J.    **DATE:** 12/15/2017    **TIME:** 12:00

**DOCKET NUMBER:** CR 17-80    **TITLE:** USA-V- WATSON

**DEFT NAME:** JACK VITAYANON    **DEFT:** #2
  X  PRESENT    ___ NOT PRESENT    ___ IN CUSTODY    X  ON BAIL

  **ATTY. FOR DEFT.:** BRADLEY SIMON    C.J.A.
     X PRESENT    ___ NOT PRESENT    X RET

**A.U.S.A.** CHARLES ROSE    **DEPUTY CLERK:** CHARLES BARAN

**COURT REPORTER:** F. GUERINO

- [X] CASE CALLED. ALL COUNSEL PRESENT.

- [X] DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INDICTMENT.

- [X] COURT FINDS A FACTUAL BASIS FOR THE PLEA.

- [X] SENTENCE DATE SET FOR 4/13/2018 AT 2:00PM.

- [X] PROBATION DEPT. NOTIFIED.

- [X] DEFT. CONTINUED ON BAIL. ELECTRONIC HOME DETENTION IS RELAXED TO PERMIT THE DEFT. TO TAKE WALKS WITHIN ONE-HALF MILE OF THE RESIDENCE, FOR UP TO ONE HOUR DAILY, TO BE ARRANGED WITH PRETRIAL SERVICES.

- [ ] OTHER: