U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:MMO
F.#2016R02221

610 Federal Plaza
Central Islip, New York 11722

December 18, 2017

By ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Jack Vitayanon
                 Criminal Docket No. 17-80 (Seybert, J.)

Dear Judge Seybert:

      Enclosed please find a proposed Order of Forfeiture in the above-captioned case, the terms of which defendant Jack Vitayanon has agreed in connection with his guilty plea taken before Your Honor on December 15, 2017. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed order.

      Thank you for Your Honor's consideration of this request.

                              Respectfully submitted,

                              BRIDGET M. ROHDE
                              Acting United States Attorney
                              Eastern District of New York

               By:   /s/ Madeline O'Connor
                       Madeline O'Connor
                       Assistant U.S. Attorney
                       (631) 715-7870

Enclosure
cc:    Counsel of Record (by ECF)