## SIMON & PARTNERS LLP
THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
simonlawyers.com

TEL: (212) 332-8900　　　　　　　　　　　　　　　　　　　　　　FAX: (212) 332-8909

BRADLEY D. SIMON
KENNETH C. MURPHY　　　　　　　　　　　　　　　　　　　　　　NEW YORK
MICHAEL J. LEVIN　　　　　　　　　　　　　　　　　　　　　　　WASHINGTON D.C.

J. EVAN SHAPIRO
TERRENCE JOHNSON
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

April 9, 2018

**Via ECF**
The Honorable Joanna Seybert
United States District Court
944 Federal Plaza
Central Islip, New York 11722

      United States v. Jack <u>Vitayanon</u>
      <u>Criminal Docket No: 17cr080 (JS)</u>

Dear Judge Seybert:

  I represent Jack Vitayanon, the defendant in the above referenced case.

  I am writing to respectfully request that Mr. Vitayanon's sentencing, currently scheduled for April 13, 2018, be adjourned to a date after June 11, 2018.

  The Pre-Sentencing Report ("PSR") was not disseminated to the parties until March 28, 2018. There are extensive issues contained in the PSR that need to be addressed. Additionally, I intend to submit to the Court a detailed Sentencing Memoranda, relying in part on facts contained in the PSR. Assistant U.S Attorney Charles Rose has advised me that he will be on trial during most of month of May. Accordingly he has no objection to my application to adjourn the sentencing until June.

  The Court's attention to this matter is greatly appreciated.

                 Respectfully Submitted,

                 Bradley D. Simon