TEL: (212) 332-8900

BRADLEY D. SIMON
KENNETH C. MURPHY
MICHAEL J. LEVIN

J. EVAN SHAPIRO
TERRENCE JOHNSON
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

## SIMON & PARTNERS LLP
THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

FAX: (212) 332-8909

NEW YORK
WASHINGTON D.C.

June 15, 2018

**Via ECF**

The Honorable Joanna Seybert
United States District Court
944 Federal Plaza
Central Islip, New York 11722

United States v. Jack Vitayanon
Criminal Docket No: 17cr080 (JS)

Dear Judge Seybert:

I represent Jack Vitayanon, the defendant in the above referenced case.

I am writing to respectfully request that Mr. Vitayanon's sentencing, currently scheduled for June 22, 2018, be adjourned until July 20, 2018.

The reason for this request is that I am in need of additional time to complete Mr. Vitayanon's sentencing submission. I am also awaiting additional documents and letters that are needed for the submission.

I have conferred with Assistant U.S. Attorney Charles Rose who has no objection to this request. I have also spoken to Mr. Charles Baran who advises me that the Court has availability at 1:30 pm on July 20th.

Your Honor's attention to this request is greatly appreciated.

Respectfully Submitted,

Bradley D. Simon