

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR
F. #

*610 Federal Plaza*
*Central Islip, New York 11722*

July 19, 2018

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: <u>United States v. Jack Vitayanon</u>
       <u>Criminal Docket No. 17-80 (JS)</u>

Dear Judge Seybert:

   The government writes to request a brief adjournment of the above referenced defendant's sentencing currently scheduled for Friday, July 20, 2018. Due to an unforeseen absence from work earlier this week, the undersigned needs time to review and respond to the defendant's lengthy sentencing submission, which was received by the United States Attorney's Office on Wednesday, July 18, 2018 and not actually reviewed by the undersigned until earlier today. Defense counsel Bradley Simon consents to the requested adjournment. After consultation with the Court's Deputy, the parties are requesting a brief adjournment until Monday, August 6 at 11:30.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

           By:  /s/ Charles N. Rose
              Charles N. Rose
              Assistant U.S. Attorney
              (631) 715-7844

Cc: Bradley Simon, Esq. (by ECF)
   Steven Guttman, Probation (by email)