**CRIMINAL CAUSE FOR SENTENCING**       (Time on bench   :   )

Before: Seybert, J.          Date: __8/ 6/2018__ Time:__11:30__

**DOCKET NUMBER: CR 17-80**          **TITLE: USA-V- WATSON**

**DEFT NAME: JACK VITAYANON**                              **DEFT: #2**
**U.S.M.S. #35105-016** ___ PRESENT IN CUSTODY   **X** PRESENT ON BAIL
      **ATTY. FOR DEFT.: BRADLEY SIMON**            **C.J.A.**
            **X** PRESENT       NOT PRESENT   **X** RET

**A.U.S.A. CHARLES ROSE**           DEPUTY CLERK: CHARLES BARAN

**COURT REPORTER:**  **X** P. AUERBACH    ___ M. FOLEY    ___ F. GUERINO
   ___ P. LOMBARDI     ___ M. STEIGER      ___ D. TURSI      ___ O. WICKER

 **X**   Case called for sentence. Counsel for all sides present.

 **X**   Sentencing adjourned to 2/7/2020 at 11:00am.


The defendant ___ remains in custody.   **X** remains on bail.
          ___ is remanded.     ___ shall surrender on __/__/2018.