## SIMON & PARTNERS LLP
### THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
simonlawyers.com

TEL: (212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
KENNETH C. MURPHY
MICHAEL J. LEVIN

NEW YORK
WASHINGTON D.C.

J. EVAN SHAPIRO
TERRENCE JOHNSON
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

August 20, 2018

**VIA ECF**

The Honorable Joanna Seybert
United States District Court
100 ~~944~~ Federal Plaza
Central Islip, New York 11722

United States v. Jack Vitayanon
Criminal Docket No: 17cr080 (JS)

*Deft. #2*

Dear Judge Seybert:

On August 6, 2018 Your Honor adjourned Mr. Vitayanon's sentencing until February 7, 2020 to allow him the opportunity to enroll in and complete the Pre-Trial Opportunity Program ("POP"). Your Honor also indicated at that time that you would modify Mr. Vitayanon's bail conditions to enable to seek employment during the day. Mr. Vitayanon is currently released on home confinement with electronic monitoring with the exception of one hour per day for exercise. We respectfully request that Mr. Vitayanon be permitted to leave his parents' house during the day so that he can seek employment.

Your Honor's attention to this request is greatly appreciated.

*Defendant's request is DENIED and he is directed to contact Pre-Trial Opportunity Program for an interview & notify the Government of this request*

Respectfully submitted,

Bradley D. Simon
Attorney for Defendant Jack Vitayanon

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 8/21/2018
Central Islip, NY