

Bradley D. Simon
212.237.1164
bsimon@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

April 29, 2020

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

      Re:  *United States v. Jack Vitayanon*
           **Criminal Docket no. 17CR 080(JS)**

Dear Judge Seybert:

We represent Jack Vitayanon, the defendant in the above referenced case.

We are writing to respectfully request that Mr. Vitayanon's sentencing, currently scheduled for May 1, 2020 be adjourned until July 10, 2020. Assistant U.S. Attorney Charles Rose has indicated that he does not oppose the adjournment.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Bradley D. Simon

cc.: AUSA Charles Rose. (*via* ECF)