

**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

**Bradley D. Simon**
**212.237.1164**
**bsimon@windelsmarx.com**

**156 West 56ᵗʰ Street | New York, NY 10019**
**T. 212.237.1000 | F. 212.262.1215**

July 9, 2020

The Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Re: ***United States v. Jack Vitayanon***
   ___Criminal Docket no. 17CR 080(JS)___

Dear Judge Seybert:

   We represent Jack Vitayanon, the defendant in the above referenced case.

   We are writing to respectfully request that Mr. Vitayanon's sentencing, currently scheduled for July 10, 2020, be adjourned to any Friday date in September or October, 2020.

   Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Bradley D. Simon

cc.: AUSA Charles Rose. (*via* ECF)