

windelsmarx.com

**Bradley D. Simon**
212.237.1164
bsimon@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

October 14, 2020

The Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Jack Vitayanon*
<u>Criminal Docket no. 17CR 080(JS)</u>

Dear Judge Seybert:

We represent Jack Vitayanon, the defendant in the above referenced case.

Due to issues related to the pandemic we respectfully request that Mr. Vitayanon's sentence, currently scheduled for Friday, October 16, 2020 be adjourned to Friday morning, January 22, 2021.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Bradley D. Simon

cc.: AUSA Charles Rose. (*via* ECF)

{11797671:2}