

**Bradley D. Simon**
212.237.1164
bsimon@windelsmarx.com

windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

April 12, 2021

**VIA ECF**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2021 ★

LONG ISLAND OFFICE

The Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Re: **United States v. Jack Vitayanon**
    **Criminal Docket no. 17CR 080(JS)**

Dear Judge Seybert:

I am writing regarding Mr. Jack Vitayanon, the defendant in the above referenced case.

Mr. Vitayanon's Pretrial Services Officer, Mr. Brian Manganaro, has advised me that Pretrial recommends removing the curfew with location monitoring condition from Mr. Vitayanon's bond as he awaits sentence. Officer Manganaro advises that Pre-Trial's recommendation is based upon Mr. Vitayanon's complete compliance with all conditions as well as continued employment and completion of programs. Officer Manganaro also advises that the government has no objection to this recommendation.

Accordingly, I respectfully request that Your Honor remove curfew and location monitoring from Mr. Vityanon's conditions of release.

Your Honor's attention to this request is greatly appreciated.

SO ORDERED:
/s/ Joanna Seybert, USDJ
Dated: 4-14-21
Central Islip, NY

Respectfully submitted,

Bradley D. Simon